# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133429(143)
133554

NATIONAL PRIDE AT WORK, INC., et al,
      Plaintiffs-Appellees,

v

GOVERNOR OF MICHIGAN,
      Defendant-Appellant,
and

CITY OF KALAMAZOO,
      Defendant-Appellee,
and

ATTORNEY GENERAL,
      Intervening Defendant-Appellee.

SC: 133429
COA: 265870
Ingham CC: 05-000368-CZ

_____

NATIONAL PRIDE AT WORK, INC., a non-profit organization on behalf of its Michigan Members, *et al.*,
      Plaintiffs-Appellants,

v

GOVERNOR OF MICHIGAN and CITY OF KALAMAZOO,
      Defendants-Appellees,
and

ATTORNEY GENERAL,
      Intervening Defendant-Appellee.

SC: 133554
COA: 265870
Ingham CC: 05-000368-CZ

_____

      On order of the Chief Justice, motion by the Michigan State Medical Society for leave to file a brief *amicus curiae* is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

_____
Clerk